UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

AUTO OWNERS INSURANCE )
COMPANY, )
)
          Plaintiff, )
)
vs. )      Case No. 1:19CV00066 SNLJ
)
BLAIR LEASING, LLC )
)
)
          Defendant. )

## AMENDED CASE MANAGEMENT ORDER

This matter is before the Court on the parties' joint Motion to Amend Case Management Order. The motion is **GRANTED** as follows:

1. The parties shall complete expert discovery in this case no later than **June 23, 2020.**

2. Any motions to dismiss, for summary judgment or motions for judgment on the pleadings must be filed no later than **July 7, 2020**. Opposition briefs shall be filed no later than **August 4, 2020** and any reply brief may be filed no later than **August 18, 2020**.

3. This matter is reset for jury trial on *Monday, May 10, 2021 at 9:00 a.m.*

All other matters contained in the Court's previously filed case management order remain in full force and effect.

Dated this 11th day of June, 2020.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE