**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

AUTO-OWNERS INSURANCE COMPANY,     )
                                   )
        Plaintiff,                 )     Case No: 1:19-CV-00066-SNLJ
                                   )
v.                                 )
                                   )
BLAIR LEASING, LLC,                )
                                   )
        Defendant.                 )
_____/   )
                                   )
BLAIR LEASING, LLC,                )
                                   )
        Counter-Plaintiff,         )
                                   )
v.                                 )
                                   )
AUTO-OWNERS INSURANCE COMPANY,     )
                                   )
        Counter-Defendant.         )
_____/   )

**DEFENDANT/COUNTER-PLAINTIFF'S *DAUBERT* MOTION TO**
**EXCLUDE TESTIMONY OF JOHN D. LAVIN**

**COMES NOW** Defendant/Counter-Plaintiff Blair Leasing, LLC, by and through

the undersigned Counsel, and, pursuant to Fed. R. Evid. 702 and *Daubert v. Merrell Dow*

*Pharmaceuticals, Inc.,* 509 U.S. 579 (1993), respectfully moves this Court for an Order

excluding the testimony, in whole or in part, of Plaintiff/Counter-Defendant Auto-Owners

Insurance Company's designated expert, John D. Lavin.

As required by Local Rule 7 – 4.01 of the Local Rules of the Eastern District of

Missouri, the factual and legal grounds for this Motion are set forth in Defendant/Counter-

Plaintiff's Memorandum of Law in Support of its *Daubert* Motion to Exclude the

Testimony of John D. Lavin. Additionally, Plaintiff/Counter-Defendant hereby adopts and incorporates as if fully set forth herein said Memorandum of Law in support of the instant Motion, which is filed contemporaneously herewith.

**WHEREFORE**, based upon the argument and law presented in the contemporaneously filed Memorandum of Law, as well as the evidence attached thereto, Defendant/Counter-Plaintiff requests the Court enter an Order excluding the testimony of John D. Lavin at the time of trial.

Respectfully submitted,

*/s/ J. Drew Houghton*
J. DREW HOUGHTON, MBN 18080 OK
LARRY E. BACHE, JR., MBN 91304 FL
**MERLIN LAW GROUP, P.A.**
One Leadership Square
211 N. Robinson, Suite 210
Oklahoma City, OK  73102
Telephone: (405) 218-1105
Facsimile:  (405) 218-1106
Email: dhoughton@merlinlawgroup.com
Email: lbache@merlinlawgroup.com
*Attorneys for Blair Leasing, LLC*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th of July, 2020, a true and correct copy of the foregoing was served via CM/ECF upon:

**BROWN & JAMES, P.C.**
Bradley R Hansmann, Esq.
Travis S. McDonald, Esq.
800 Market Street
Suite 1100
St. Louis, MO 63101
Email: bhansmann@bjpc.com
Email: tmcdonald@bjpc.com
*Attorneys for Auto-Owners Insurance Company*

/s/ J. Drew Houghton
J. Drew Houghton